Lucas Schneider
Name
1111 E 56th Ave
Mailing address
Anchorage, AK 79509
City, State, Zip
907 217 9319
Telephone

RECEIVED

MAY 13 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

Lucas Schneider                    ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Josha Kindred                    ,

Mariana Carpenoti                    ,

                                   ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:24-CV-00106-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Lucas Schneider          ,
(print your name)

who presently resides at 1111 E 56th Ave Anchorage AK 99506          .
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Josh Kindred* _____ is a citizen of
*AK* _____, and is employed as a *Federal Judge* _____.
(state) ... (name) ... (defendant's government position/title)

__/__This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__✓__The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Mariana Carpeneti* _____ is a citizen of
*AK* _____, and is employed as a *Alask Judge* _____.
(state) ... (name) ... (defendant's government position/title)

__✓__This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____.
(state) ... (name) ... (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about __2022 -5-13-24__, my civil right to
(Date)

<u>Right to life</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Josh Kindred__
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Josh Kindred has conspired with other unknown U.S. Government employees to deny me due process in Court and allowing unknown named Government employee's to continue exposing me to chemicals daily. Deny me proper medical treatment.

I have shown evidence of my medical problems that are consestent with my claims and Josh Kindred Knowing I am telling the true abuse his authority denied me a day in Court.

Josh Kindred is aware of docemented medical events and since all of my last filings my medical condition has worsen, I am urinating blood, my mouth is worse than the previous pictures in 3:23-CU-00261-JMK. I am unable to eat, or drink without severe pain or vomiting at times.

I know Federal Judges have absolute Ammunity on the bench except for conspiring to commit murder

Claim 2: On or about <u>2022-2024</u>, my civil right to
(Date)

<u>due process</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Mariana Carpeneti</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Mariana Carpenti conspires with unknown named Government employees to deprive me of not only my life but due process in State Court.

Mrs. Carpeneti refuses to answer motions from 2022 and 2023 about due process, double Jeopardy, unlawful imprisonment, denial of medical attention and my sentencing Rule 11 agreement. All of what was on record her stating she would rule on but never has.

3 weeks ago Mrs. Carpeneti held a spontaneous hearing and told me on the record she had my file sent to the Anchorage Court of Appeals. I checked and it was never sent.

Mrs. Carpeneti has denied me access to my court file to fight my Appeal since 2022

Mrs. Carpenet: also sentenced me to 9 months in Jail. After I served the time she refuses to give me credit for time served forcing me to serve the time for a second time another Double Jeopardy

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7

<u>Claim 3</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Case 3:24-cv-00106-SLG    Document 1    Filed 05/13/24    Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 5,000,000

3. An order requiring defendant(s) to *stop denying me due process and* ~~right~~

4. A declaration that *I have a right to life*

5. Other: _____

Plaintiff demands a trial by jury. ___✓___ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at *Anchorage* on *5-13-24*
              (Location)               (Date)

_____
        (Plaintiff's Original Signature)

_____      _____
Original Signature of Attorney (if any)            (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Case 3:24-cv-00106-SLG   Document 1   Filed 05/13/24   Page 7 of 7